lander against James F. D. Lanier. From a judgment entered on a verdict for plaintiff, defendant appeals. Reversed, and new trial ordered. F. V. Johnson, for appellant. E. Herrmann, for respondent.

PER CURIAM. The judgment should be reversed, on the ground that the finding that the defendant was negligent is against the weight of evidence. The judgment and order appealed from are reversed, and a new trial ordered, with costs to appellant to abide event.

FRIEDMAN, Respondent, v. RAPPAPORT et al., Appellants. (Supreme Court, Appellate Division, Second Department. March 24, 1911.) Action by Louis S. Friedman against Bernard Rappaport and another. No opinion. Motion granted, without costs.

FORSTER, Appellant, v. HECKSCHER et al., Respondents. (Supreme Court, Appellate Division, Second Department. March 17, 1911.) Action by Emily E. Forster, as administratrix, etc., of William E. Forster, deceased, against August Heckscher and others, as receivers, etc.

PER CURIAM. Judgment affirmed, with costs.

CARR, J., dissents.

FURLONG, Respondent, v. FURLONG, Appellant. (Supreme Court, Appellate Division, Second Department. April 21, 1911.) Action by Nellie C. Furlong against Francis W. Furlong. No opinion. Interlocutory judgment affirmed, with costs.

FURST, Appellant, v. CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division, First Department. March 10, 1911.) Action by Charles S. Furst against the City of New York. W. L. Stone, for appellant. C. L. Barber, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

In re F. W. CARLIN CONST. CO. (Supreme Court, Appellate Division, First Department. March 17, 1911.) In the matter of the F. W. Carlin Construction Company. C. A. Baker, for appellant. G. H. D. Foster, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

GALLO v. DUNN. (Supreme Court, Appellate Division, First Department. March 31, 1911.) Action by Guiseppe Gallo against Bart Dunn. No opinion. Application denied, with $10 costs. Order signed.

GATES, Appellant, v. BUFFALO, R. & P. R. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. March 29, 1911.) Action by Margaret E. Gates, as administratrix, etc., against the Buffalo, Rochester & Pittsburg Railway Company. No opinion. Order affirmed, with $10 costs and disbursements.

GEIGER, Respondent, v. HANSEN et al., Appellants. (Supreme Court, Appellate Division, Second Department. April 7, 1911.) Action by John Geiger against Charles J. Hansen and another. No opinion. Judgment affirmed, with costs. See, also, 127 N. Y. Supp. 1121.

GILMOUR, Respondent, v. FLATBUSH AMUSEMENT CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 24, 1911.) Action by A. Lincoln Gilmour against the Flatbush Amusement Company. No opinion. Judgment and order of the Municipal Court affirmed, with costs. See, also, 138 App. Div. 920, 122 N. Y. Supp. 1129.

GIVEEN MFG. CO., Respondent, v. McNULTY, Appellant. (Supreme Court, Appellate Division, First Department. April 13, 1911.) Action by the Giveen Manufacturing Company against Charles J. McNulty, as trustee, etc. I. Henderson, for appellant. H. R. Zeamans, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

GOLDEN, Respondent, v. GRIFFIN, Appellant. (Supreme Court, Appellate Division, Second Department. April 21, 1911.) Action by John J. Golden against Margaret Griffin. No opinion. Judgment of the Municipal Court affirmed, with costs. See, also, 140 App. Div. 887, 124 N. Y. Supp. 1018.

GOLDHILL REALTY CO. v. BERGER (two cases). (Supreme Court, Appellate Division, First Department. March 17, 1911.) Action by the Goldhill Realty Company against Maurice Berger. No opinion. Application denied, with $10 costs. Order signed.

GOLDSTEIN v. SCHWARZCHILD & SULZBERGER CO. (Supreme Court, Appellate Division, First Department. March 31, 1911.) Appeal from Trial Term, New York County. Action by Wolf Goldstein against the Schwarzchild & Sulzberger Company. From a judgment for plaintiff, defendant appeals. Reversed, and new trial ordered. Bertrand L. Pettigrew, for appellant. J. Solon Einsohn, for respondent.

PER CURIAM. The judgment and order appealed from should be reversed, and a new trial ordered, with costs to appellant to abide event, on the ground that there is no evidence to justify the finding of the jury that the defendant was guilty of negligence.

GOODMAN, Respondent, v. DORNBUSH, Appellant. (Supreme Court, Appellate Division, Second Department. April 7, 1911.) Action by Sol Goodman against Louis Dornbush. No opinion. Order of the Municipal Court modified, by striking therefrom the provisions for costs against the defendant, and, as so modified, affirmed, without costs. See, also, 127 N. Y. Supp. 1144.